# UNITED STATES DISTRICT COURT

## Middle District of Alabama

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| ROGER HOGAN | (wo) |

Case No.  2:16cr328-WKW-01

USM No.  16930-002

Stacy Lynn Burke
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  1, 2, 3 and 4 _____ of the term of supervision of the Amended Petition.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant failed to notify the US Probation Officer at least | 09/09/2019 |
| | 10 days before changing where he lives | |
| 2 | Defendant failed to notify the US Probation Officer at least | 09/05/2019 |
| | 10 days before changing anything about his work | |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  4164

Defendant's Year of Birth:  1984

City and State of Defendant's Residence:
Montgomery, AL

12/18/2019
_____
Date of Imposition of Judgment

/s/ W. Keith Watkins
_____
Signature of Judge

W. KEITH WATKINS, U.S. District Judge
_____
Name and Title of Judge

12/19/2019
_____
Date

DEFENDANT:  ROGER HOGAN
CASE NUMBER:  2:16cr328-WKW-01

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 3 | Defendant failed to follow instructions of the US Probation Officer related to the conditions of supervision | 06/03/2019 |
| 4 | Defendant failed to participate in a program approved by the US Probation Office for substance abuse which may include testing to determine whether the defendant has reverted to the use of illegal drugs | 09/09/2019 |

DEFENDANT:  ROGER HOGAN
CASE NUMBER:  2:16cr328-WKW-01

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

Twelve (12) Months.  It is ORDERED that the term of supervised release imposed on January 12, 2017 is REVOKED.

☐  The court makes the following recommendations to the Bureau of Prisons:

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at  _____  ☐  a.m.  ☐  p.m.    on  _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on  _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  _____  to  _____

at  _____  with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL